UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD L. GIPSON, | No. 2:14-cv-1412 AC P |
| Petitioner, | |
| v. | ORDER |
| ERIC ARNOLD, Acting Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se pursuant to 28 U.S.C. § 2254, filed a habeas petition challenging his first degree murder conviction on five grounds.[1] Because only one of those grounds appeared to have been properly exhausted, petitioner was directed on June 23, 2014 to notify the court how he wished to proceed as to his unexhausted claims. ECF No. 4. Id. Petitioner was given twenty-eight days to either file a motion for a stay or elect to voluntarily dismiss his unexhausted claims 2 through 5 and proceed on the exhausted claim 1 only. Id. Petitioner was advised of the stay procedures available under both Rhines v. Weber, 544 U.S. 269 (2005) and Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003). Id.

On September 24, 2014, following a thirty-day extension of time,[2] petitioner filed a

---

[1] Petitioner has consented to the jurisdiction of the undersigned. ECF No. 7.
[2] In the request for an extension of time itself, petitioner indicated that he was seeking additional time to file a "'Kelly procedure' request." ECF No. 6.

1

1 putative motion to stay that fails to identify the stay procedure petitioner seeks to utilize.  ECF

2 No. 9.  Instead, petitioner cites a wholly inapposite Federal Rule of Appellate Procedure, Rule 27.

3 Id.  Petitioner's defective motion to stay will be dismissed without prejudice.  Petitioner will be

4 permitted one further opportunity to seek a stay and is hereby granted leave to file an amended

5 motion to stay within twenty-eight days.  The Clerk of the Court will be directed, on this occasion

6 only, to provide petitioner with a copy of this court's June 23rd order setting forth the alternative

7 procedures for seeking a stay.

  Accordingly, IT IS HEREBY ORDERED that:

  1.  Petitioner's defective motion to stay, ECF No. 9, is dismissed without prejudice;

  2.  Petitioner is granted one further opportunity to seek a stay; within twenty-eight days petitioner must file an amended motion to stay specifically identifying the stay procedure by which he seeks to proceed, and

  3.  The Clerk of the Court is directed, on this occasion only, to provide petitioner with another copy of the order, ECF No. 4, filed on June 23, 2014.

DATED: September 29, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE